IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EDWARD PATLAKH,** | : | |
| | : | **CIVIL ACTION** |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | **NO. 20-4501** |
| **KILOLO KIJAKAZI,**[1] **Commissioner** | : | |
| **Of Social Security,** | : | |
| | : | |
| Respondent. | : | |

## ORDER

**AND NOW**, this 3rd day of December, 2021, upon consideration of the Report and Recommendation filed by United States Magistrate Judge Lynne A. Sitarski, to which no objections were filed, and upon independent review of the briefs filed by the parties, it is hereby **ORDERED** that:

1. The Report and Recommendation (Doc. No. 20) is **APPROVED** and **ADOPTED**;

2. Plaintiff's Request for Review (Doc. No. 16) is **GRANTED**; and

3. This matter is **REMANDED** to the Commissioner of Social Security for further proceedings consistent with the Report and Recommendation.

BY THE COURT:


 */s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi has been substituted for Andrew Saul as the Defendant in this case.